UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                              )         BANKRUPTCY NO. 14-40259-REG
                                                    )         CHAPTER 7
JAMIE JUSTIN PATRICK         )
                                                    )
      Debtor(s)

## ORDER AUTHORIZING APPLICATION TO EMPLOY SPECIAL COUNSEL

Upon consideration of the Application of Edward Chosnek, Trustee, for authority to employ the Law Offices of Charles P. Dargo, P.C. as special counsel to represent the Estate in pursuit of a pending lawsuit under Cause No. Cause No. 14-1169, Division L in Civil District Court For The Parish of Orleans State of Louisiana, and it appearing that the professional services of an attorney are and will be required, and that the Law Offices of Charles P. Dargo, P.C. are attorneys duly admitted to practice and represent no interest adverse to the Estate,

**IT IS ORDERED** that Edward Chosnek, Trustee, be and hereby is authorized to employ the Law Offices of Charles P. Dargo, P.C. as special counsel to represent the Estate in pursuit of any and all claims pursuant to the terms of the Application.

DATED: April 17, 2015.

/s/ Robert E. Grant
Chief Judge, U. S. Bankruptcy Court